UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

This Document Relates To:

*Michele Guidry v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 11-cv-10262-DRH

*Summer Lang v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 11-cv-10139-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 31, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
        Deputy Clerk

**Dated:**  April 1, 2014

Digitally signed by David R. Herndon
Date: 2014.04.01 15:58:13 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**